IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　3:07cr9/MCR

**ANGEL REY GONZALEZ-AGUILAR**
 a/k/a ANGEL REI GONZALEZ-AGUILAR,
 a/k/a ANGEL URIBE,
 a/k/a REY GONZALEZ
　　　Defendant.
　　　　　　　　　　　　　　　　　　　　/

## ACCEPTANCE OF PLEA OF GUILTY

　　　Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the defendant, ANGEL REY GONZALEZ-AGUILAR, to the indictment returned against him is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

　　　DONE AND ORDERED this 5th day of March, 2007.

　　　　　　　　　　　　　　　　　　s/ *M. Casey Rodgers*
　　　　　　　　　　　　　　　　　　**M. CASEY RODGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**